No. 04–10673. TROTTER *v.* UNITED STATES. C. A. 11th Cir.

No. 05–5218. MONCRIEF, AKA RILEY *v.* UNITED STATES. C. A. 11th Cir. Certiorari granted, judgments vacated, and cases remanded for further consideration in light of *United States* v. *Booker,* 543 U. S. 220 (2005).

No. 05–134. NORTH CAROLINA *v.* BRANCH. Ct. App. N. C. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Illinois* v. *Caballes,* 543 U. S. 405 (2005).

No. 05–199. STACEY, INDIVIDUALLY AND AS CO-EXECUTOR OF THE LAST WILL OF STACEY *v.* CITY OF HERMITAGE, PENNSYLVANIA, ET AL. C. A. 3d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Exxon Mobil Corp.* v. *Saudi Basic Industries Corp.,* 544 U. S. 280 (2005).

No. 05M16. FOOSE *v.* BOOKER ET AL.;
No. 05M17. ATWELL *v.* DURAN ET AL.;
No. 05M18. DAVIES *v.* GREENOUGH ET AL.;
No. 05M19. COSTA *v.* STATE BAR OF CALIFORNIA ET AL.; and
No. 05M20. DAISY *v.* UNITED STATES POSTAL SERVICE. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 04–723. STEVEDORING SERVICES OF AMERICA ET AL. *v.* PRICE ET AL., 544 U. S. 960. Motion of respondent Arel Price for attorney's fees denied without prejudice to filing in the United States Court of Appeals for the Ninth Circuit.